**STATE of Missouri, Respondent,**

v.

**Christopher PARRIS, Appellant.**

**No. WD 63940.**

Missouri Court of Appeals, Western District.

June 28, 2005.

---

Irene C. Karns, Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels and Evan Buchheim, Office of Attorney General, Jefferson City, for Respondent.

Before JAMES M. SMART, JR., Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Christopher Parris appeals his convictions after jury trial of sexual misconduct and deviate assault. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 30.25(b).